# Court of Appeals
# of the State of Georgia

ATLANTA, __September 23, 2025__

*The Court of Appeals hereby passes the following order:*

## A26A0220.  YARBROUGH v. THE STATE.

The above-styled appeal was docketed in this Court on August 18, 2025. Pursuant to Rule 23 (a) of the Court of Appeals the brief of the Appellant was to be filed in this Court by September 8, 2025. As of the date of this order, the Appellant has not filed a brief. The Appellant filed an untimely motion for extension of time on September 19, 2025, which was denied.

This appeal is hereby DISMISSED.[1] See Court of Appeals Rules 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__09/23/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Accordingly, the Appellant's Motion to Remand for Supplementation of the Record is DENIED.